United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 21-12112-pmm

Christopher Clifton Jones                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                          Page 1 of 2

Date Rcvd: Mar 03, 2022                       Form ID: 155                          Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
              the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
              undeliverable.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

**Recip ID**                    **Recipient Name and Address**
db                  +  Christopher Clifton Jones, 361 Lenape Trail, Allentown, PA 18104-8533
14626221            +  LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202
14626222            +  Nadege Jones, 361 Lenape Trail, Allentown, PA 18104-8533
14627557            +  PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541
14641719            +  Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553
14634756            +  TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| 14626216 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 03 2022 23:50:00 | Bridgecrest Credit Company, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 14627490 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 03 2022 23:50:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14637257 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2022 00:00:11 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14626217 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2022 00:00:18 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14634825 | + Email/PDF: ebn_ais@aisinfo.com | Mar 04 2022 00:00:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14626218 | + Email/Text: bankruptcy@cavps.com | Mar 03 2022 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14626219 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2022 00:00:11 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14626220 | Email/Text: mrdiscen@discover.com | Mar 03 2022 23:49:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 14628712 | Email/Text: mrdiscen@discover.com | Mar 03 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14637521 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2022 00:00:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14626224 | Email/Text: bk-notification@sps-law.com | Mar 03 2022 23:49:00 | Portnoy Schneck LLC, 500 Summit Lake Drive - Ste 4 A, Valhalla, NY 10595-1430 |
| 14636436 | + Email/PDF: ebnotices@pnmac.com | Mar 04 2022 00:00:11 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14626223 | + Email/PDF: ebnotices@pnmac.com | Mar 04 2022 00:00:04 | Pennymac Loan Services, PO BOX 514387, Los Angeles, CA 90051-4387 |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 03, 2022                       Form ID: 155                            Total Noticed: 21

| | | | |
|---|---|---|---|
| 14626715 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 00:00:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14646137 | Email/Text: EDBKNotices@ecmc.org | Mar 03 2022 23:49:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14626225 | ##+ | TDRCS/ Raymour & Flanigan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Christopher Clifton Jones claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher Clifton Jones

          Debtor(s)

                                 Chapter: 13

                                 Bankruptcy No: 21−12112−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this March 3, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                Patricia M. Mayer
                                Judge ,
                                United States Bankruptcy Court