UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Christopher Clifton Jones         : Chapter 13

        Debtor         : Bankruptcy No.  21-12112PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 9-1 of Pinnacle Service Solutions LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 9-1 of Pinnacle Service Solutions LLC. is disallowed.

                                                BY THE COURT:

Dated:  **April 21, 2022**

                                                **Patricia M. Mayer, Bankruptcy Judge**