| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-12112-PMM**

Christopher Clifton Jones
361 Lenape Trail
Allentown  PA    18104

Petition Filed Date: 07/29/2021
341 Hearing Date: 08/31/2021
Confirmation Date: 03/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/07/2021 | $283.00 | | 10/04/2021 | $283.00 | | 11/05/2021 | $283.00 | |
| 12/06/2021 | $283.00 | | 01/06/2022 | $283.00 | | 02/07/2022 | $350.00 | |
| 03/07/2022 | $350.00 | | 04/05/2022 | $350.00 | | 05/06/2022 | $350.00 | |
| 06/07/2022 | $350.00 | | 07/12/2022 | $350.00 | | | | |

**Total Receipts for the Period: $3,515.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,515.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BRIDGECREST CREDIT COMPANY LLC »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $9,385.35 | $0.00 | $9,385.35 |
| 3 | TD RETAIL CREDIT SERVICES »» 003 | Unsecured Creditors | $3,481.46 | $0.00 | $3,481.46 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $1,597.61 | $0.00 | $1,597.61 |
| 5 | CAVALRY SPV INVESTMENTS LLC »» 005 | Unsecured Creditors | $31,369.54 | $0.00 | $31,369.54 |
| 6 | PENNYMAC  LOAN SERVICES LLC »» 006 | Mortgage Arrears | $2,959.59 | $0.00 | $2,959.59 |
| 7 | CACH, LLC »» 007 | Unsecured Creditors | $7,987.07 | $0.00 | $7,987.07 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $333.71 | $0.00 | $333.71 |
| 9 | PINNACLE SERVICE SOLUTIONS LLC »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US DEPARTMENT OF EDUCATION »» 010 | Unsecured Creditors | $2,295.16 | $0.00 | $2,295.16 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,950.00 | $3,228.14 | $721.86 |

Chapter 13 Case No. 21-12112-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,515.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $3,228.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $286.86 | Total Plan Base: | $20,315.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.