Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-12112-PMM**

Christopher Clifton Jones  
361 Lenape Trail  
Allentown  PA    18104

Petition Filed Date: 07/29/2021  
341 Hearing Date: 08/31/2021  
Confirmation Date: 03/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $350.00 | | 09/07/2022 | $350.00 | | 10/07/2022 | $350.00 | |
| 11/07/2022 | $350.00 | | 12/07/2022 | $350.00 | | 01/09/2023 | $350.00 | |
| 02/06/2023 | $350.00 | | 03/07/2023 | $350.00 | | 06/27/2023 | $360.00 | |

**Total Receipts for the Period: $3,160.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,675.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BRIDGECREST CREDIT COMPANY LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $9,385.35 | $362.76 | $9,022.59 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Unsecured Creditors | $3,481.46 | $134.56 | $3,346.90 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,597.61 | $52.46 | $1,545.15 |
| 5 | CAVALRY SPV INVESTMENTS LLC<br>»» 005 | Unsecured Creditors | $31,369.54 | $1,212.42 | $30,157.12 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CACH, LLC<br>»» 007 | Unsecured Creditors | $7,987.07 | $308.69 | $7,678.38 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $333.71 | $0.00 | $333.71 |
| 9 | PINNACLE SERVICE SOLUTIONS LLC<br>»» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US DEPARTMENT OF EDUCATION<br>»» 010 | Unsecured Creditors | $2,295.16 | $75.38 | $2,219.78 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,950.00 | $3,950.00 | $0.00 |

**Chapter 13 Case No. 21-12112-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,675.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $6,096.27 | Arrearages: | $1,040.00 |
| Paid to Trustee: | $543.26 | Total Plan Base: | $20,315.00 |
| Funds on Hand: | $35.47 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.