# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Clifton Jones<br>　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　Movant<br>　　vs.<br><br>Christopher Clifton Jones<br>　　　　　　　Debtor(s)<br>Nadege Jones<br>　　　　　　　Co-Debtor<br>Scott F. Waterman<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 21-12112 PMM<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 11th day of April, 2024 upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED that:

The Motion is granted and the Partial Claim Agreement executed on January 23, 2024 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge.

c