# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher Clifton Jones<br>　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　Movant<br>　　vs.<br><br>Christopher Clifton Jones<br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 21-12112 PMM<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about December 28, 2023, in Document No.43 .

Dated: April 23, 2024

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington
　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com