# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Christopher Clifton Jones,** | : | |
| | : | |
| Debtor | : | Case # 21-12112-PMM |

## **O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Chapter 13 Plan (doc # 65, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 68) is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

**Date:** 7/18/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**