| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-12112-PMM**

Christopher Clifton Jones  
361 Lenape Trail  
Allentown  PA     18104

Petition Filed Date: 07/29/2021  
341 Hearing Date: 08/31/2021  
Confirmation Date: 03/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $350.00 | | 09/13/2023 | $350.00 | | 12/07/2023 | $350.00 | |
| 01/09/2024 | $350.00 | | 02/06/2024 | $350.00 | | 03/07/2024 | $350.00 | |
| 04/08/2024 | $350.00 | | 05/07/2024 | $350.00 | | 06/07/2024 | $350.00 | |
| 07/09/2024 | $350.00 | | | | | | | |

**Total Receipts for the Period: $3,500.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,525.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BRIDGECREST CREDIT COMPANY LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $9,385.35 | $944.44 | $8,440.91 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Unsecured Creditors | $3,481.46 | $350.35 | $3,131.11 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,597.61 | $160.75 | $1,436.86 |
| 5 | CAVALRY SPV INVESTMENTS LLC<br>»» 005 | Unsecured Creditors | $31,369.54 | $3,156.67 | $28,212.87 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CACH, LLC<br>»» 007 | Unsecured Creditors | $7,987.07 | $803.72 | $7,183.35 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $333.71 | $33.54 | $300.17 |
| 9 | PINNACLE SERVICE SOLUTIONS LLC<br>»» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US DEPARTMENT OF EDUCATION<br>»» 010 | Unsecured Creditors | $204.27 | $204.27 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,950.00 | $3,950.00 | $0.00 |

**Chapter 13 Case No. 21-12112-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,525.00 | Current Monthly Payment: | $271.00 |
| Paid to Claims: | $9,603.74 | Arrearages: | ($79.00) |
| Paid to Trustee: | $921.26 | Total Plan Base: | $16,950.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.