United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12112-pmm

Christopher Clifton Jones  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: May 15, 2025     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Clifton Jones, 361 Lenape Trail, Allentown, PA 18104-8533 |
| 14626221 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14626222 | + | Nadege Jones, 361 Lenape Trail, Allentown, PA 18104-8533 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 16 2025 00:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 16 2025 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 00:38:24 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14626216 | + | Email/Text: rm-bknotices@bridgecrest.com | May 16 2025 00:29:00 | Bridgecrest Credit Company, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 14627490 | + | Email/Text: rm-bknotices@bridgecrest.com | May 16 2025 00:29:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15001367 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 00:38:58 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14637257 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 00:38:23 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14626217 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:28:01 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14634825 | + | Email/PDF: ebn_ais@aisinfo.com | May 16 2025 00:28:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14626218 | + | Email/Text: bankruptcy@cavps.com | May 16 2025 00:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14626219 | + | Email/PDF: creditonebknotifications@resurgent.com | May 16 2025 00:38:28 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14626220 | | Email/Text: mrdiscen@discover.com | May 16 2025 00:29:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 14628712 | | Email/Text: mrdiscen@discover.com | May 16 2025 00:29:00 | Discover Bank, Discover Products Inc, PO Box |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany OH 43054-3025 |
| 14637521 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 01:24:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14627557 | ^ | MEBN | May 16 2025 00:20:58 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14636436 | + | Email/PDF: ebnotices@pnmac.com | May 16 2025 01:24:18 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14626223 | + | Email/PDF: ebnotices@pnmac.com | May 16 2025 00:39:32 | Pennymac Loan Services, PO BOX 514387, Los Angeles, CA 90051-4387 |
| 14641719 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 00:28:02 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14626715 | ^ | MEBN | May 16 2025 00:21:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14634756 | + | Email/Text: tdebn@credbankserv.com | May 16 2025 00:29:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14626225 | + | Email/Text: bankruptcy@td.com | May 16 2025 00:29:00 | TDRCS/ Raymour & Flanigan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14646137 | | Email/Text: EDBKNotices@ecmc.org | May 16 2025 00:29:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14626224 | ##+ | Portnoy Schneck LLC, 500 Summit Lake Drive - Ste 4 A, Valhalla, NY 10595-2323 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

**Name**     **Email Address**

CHARLES LAPUTKA
   on behalf of Debtor Christopher Clifton Jones claputka@laputkalaw.com
   jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 25 |

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Debtor Christopher Clifton Jones ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Christopher Clifton Jones

Debtor

Chapter 13

Bankruptcy No. 21-12112-PMM

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 15, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE