**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Christopher Clifton Jones**<br>    Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>    Movant<br>    vs.<br><br>**Christopher Clifton Jones**<br>    Debtor(s)<br><br>**Scott F. Waterman**,<br>    Trustee | **BK NO. 21-12112 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 6** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 23, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Christopher Clifton Jones
361 Lenape Trail
Allentown, PA 18104

<u>Attorney for Debtor(s)</u>
Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>March 23, 2023</u>

                                                                **/s/Michael P. Farrington Esq.**
                                                                Michael P. Farrington Esq.
                                                                Attorney I.D. 329636
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                (215) 825-6488
                                                                mfarrington@kmllawgroup.com